IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40362
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE BARRY CLARK,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:96-CR-15-ALL
- - - - - - - - - - -
October 21, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

George Barry Clark appeals his sentence for conspiring to
defraud the United States by obtaining fraudulent income tax
refunds, in violation of 18 U.S.C. § 286.  He contends it was
error for the district court to assess a four-level enhancement
for his leadership role, pursuant to U.S.S.G. § 3B1.1(a), when
calculating his sentence.  The presentence report supports the
determination that Clark was a § 3B1.1 leader or organizer.  The
district court did not clearly err in assessing the four-level

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

enhancement.  See United States v. Ronning, 47 F.3d 710, 711 (5th Cir. 1995); United States v. Gadison, 8 F.3d 186, 196 (5th Cir. 1993).

AFFIRMED.